**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

THELMA WILLIAMS, JR.
ADC #93197                                                                                          PLAINTIFF

V.                                    5:10CV00274 SWW/JTR

SMITH, Treatment Officer,
Arkansas Department of Correction, et al.                                          DEFENDANTS

**JUDGMENT**

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, pursuant to the three strikes rule set forth in 28 U.S.C. § 1915(g).  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 4th day of November, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE